# In the United States Court of Federal Claims

|  |  |
|---|---|
| ANTHONY ANDREW DE LOZADA, | ) )  )  |
| Plaintiff, | ) )  No. 21-864C |
| v. | ) )  Filed: June 28, 2021 |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

## DISMISSAL ORDER

Plaintiff, *pro se*, Anthony Andrew De Lozada, commenced this action on February 2, 2021. ECF No. 1. Plaintiff also filed a motion to proceed in this matter *in forma pauperis* on February 2, 2021. ECF No. 2.

On March 30, 2021, the government filed a motion to dismiss this matter for lack of subject-matter jurisdiction, pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC). ECF No. 8. Plaintiff failed to file a timely response to the government's motion. And so, the Court issued a Show Cause Order on May 5, 2021, ordering plaintiff to respond to the government's motion to dismiss by June 4, 2021. Show Cause Order, dated May 5, 2021. Plaintiff has failed to respond to the Court's Show Cause Order and the government's motion.

And so, for the foregoing reasons, the Court:

1. **DISMISSES** this action without prejudice pursuant to RCFC 41(b);

2. **DIRECTS** the Clerk's Office to **ENTER** final judgment **DISMISSING** the complaint, without prejudice;

3. **DENIES-as-MOOT** plaintiff's motion to proceed *in forma pauperis*; and

4. **DENIES-as-MOOT** the government's motion to dismiss.

**IT IS SO ORDERED.**

                                    s/ Lydia Kay Griggsby
                                    LYDIA KAY GRIGGSBY
                                    Judge